**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.billboard.com/photos/7865108/highest-paid-musicians-2016-money-makers

← → C   🔒 billboard.com/photos/highest-paid-musicians-2016-money-makers/28-28-zac-brown-band/

☰ **billboard**   **CHARTS**   **MUSIC**   **CULTURE**   **MEDIA**   **BUSINESS**





### 28. Zac Brown Band

As they prepped a new album, 2017's *Welcome Home,* the Atlantan country crew made money on the road, between a handful of dates wrapping 2015's Jekyll and Hyde Tour and then another 45 North American shows on the 2016 Black Out the Sun outing. LAST YEAR: N/A