Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 124087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Pereira,<br><br>    Plaintiff,<br><br>    v.<br><br>Penske Media Corporation,<br><br>    Defendant. | Case No. 2:22-cv-00868-RGK-AFM |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice.

//
//
//
//
//

Case No. 2:22-cv-00868-RGK-AFM         - 1 -
NOTICE OF DISMISSAL

1  //
2  DATED: February 16, 2022

3  **SANDERS LAW GROUP**

4  By: */s/ Craig B. Sanders*
   Craig B. Sanders, Esq.
5  100 Garden City Plaza, Suite 500
   Garden City, NY 11530
6  Tel: (516) 203-7600
   Email: csanders@sanderslaw.group
7  File No.: 124087

8  *Attorneys for Plaintiff*